AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Wisconsin

| | | |
|---|---|---|
| Andrea Hoage<br>*Plaintiff(s)*<br>v.<br>Lincoln Life Assurance Company of Boston<br>*Defendant(s)* | ) | Civil Action No. 22-cv-269 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,
Registered Agent: Corporation Service Company
8040 Excelsior Drive, Suite 400
Madison, WI 53717

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: William E. Parsons and Naomi R. Swain
Hawks Quindel, S.C.
409 E. Main Street
P.O. Box 2155
Madison, WI 53701-2155

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 05/12/2022

s/L. Kamke, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT ★ WESTERN DISTRICT OF WISCONSIN ★

Civil Action No. 22-cv-269

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Lincoln Life Assurance Company of Boston was received by me on *(date)* May 24, 2022.

- [ ] I personally served the summons on the individual at *(place)* ____________ on *(date)* ____________ ; or
- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* ____________ , a person of suitable age and discretion who resides there, on *(date)* ____________ , and mailed a copy to the individual's last known address; or
- [X] I served the summons on *(name of individual)* John Long, Clerk, Corporation Service Company , who is designated by law to accept service of process on behalf of *(name of organization)* Lincoln Life Assurance Company of Boston on *(date)* Thu, May 26 2022, 3:00 pm ; or
- [ ] I returned the summons unexecuted because: ____________ ; or
- [ ] Other: ____________ ; or

My fees are $ 0.00 for travel and $ 50.00 for services, for a total of $ 50.00.

I declare under penalty of perjury that this information is true.

Date: May 31st, 2022

*Server's signature*

Michael Jesse, Process Server

*Printed name and title*

345 W Washington Ave Suite 329, Madison, WI 53703

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 26, 2022, 3:00 pm CDT at Company: 8040 Excelsior Dr Suite 400, Madison, WI 53717 received by John Long, Clerk, Corporation Service Company. Age: 58-63; Ethnicity: Caucasian; Gender: Male; Weight: 190; Height: 5'9"; Hair: Gray;
Served.

Also Served: Complaint, Civil Cover Sheet, Order Re:Assignment of Cases, Order Governing Filing of Dispositive Motions Prior to Preliminary Pretrial Conference, Disclosure of Corporate Affiliations and Financial Interest, Consent or Request for Reassignment of Magistrate Judge