**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

**ANDREA HOAGE,**

**Plaintiff,**

**CIVIL ACTION NO. 3:22-CV-00269-slc**

**V.**

**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,**

**Defendant.**

---

# DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

---

Defendant, Lincoln Life Assurance Company of Boston ("Lincoln"), by and through its undersigned counsel of record and reserving all affirmative defenses, files this Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint and in support thereof would show unto the Court as follows:

1. Plaintiff's Complaint (the "Complaint") was filed on May 12, 2022 (Doc 1), and Lincoln was served on May 26, 2022. Accordingly, Lincoln must answer or otherwise respond by June 16, 2022.

2. To allow sufficient time to obtain and review the necessary documentation to respond to the Complaint, Defendant respectfully requests an extension until July 18, 2022, to file a responsive pleading to the Complaint. Plaintiff's counsel has no objection to said extension.

WHEREFORE, PREMISES CONSIDERED, Defendant, Lincoln Life Assurance Company of Boston, respectfully requests this Honorable Court to grant this Unopposed Motion for Extension of Time and allow Defendant, Lincoln Life Assurance Company of Boston, to file a responsive pleading to Plaintiff's Complaint by no later than July 18, 2022.

Respectfully submitted this 15th day of June 2022.


**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

*/s/ Iwana Rademaekers*
Iwana Rademaekers (Texas State Bar No. 16452560)
iwana@rademaekerslaw.com
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456

**COUNSEL FOR DEFENDANT, LINCOLN LIFE ASSURANCE COMPANY OF BOSTON**


## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Western District of Wisconsin, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

William E. Parsons
Email: wparsons@hq-law.com

June 15, 2022
Date

/s/ Iwana Rademaekers
Iwana Rademaekers