**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

---

ANDREA HOAGE,

Plaintiff,

v.

Civil Action No.: 3:22-CV-00269-slc
***The Honorable Judge Stephen L. Crocker***

LINCOLN LIFE ASSURANCE
COMPANY OF BOSTON,

Defendant.

---

## NOTICE OF SETTLEMENT

---

Comes now Plaintiff, by and through her attorneys Hawks Quindel, S.C., and notifies the Court that the parties have recently reached a settlement of this matter. The parties are working on finalizing the settlement and anticipate filing a Stipulation of Dismissal within 45 days.

Dated: July 18, 2022

**HAWKS QUINDEL, S.C.**

By: *\/s/ William E. Parsons*

William E. Parsons, State Bar No. 1048594
Email: wparsons@hq-law.com
Naomi R. Swain, State Bar No. 1115655
Email: nswain@hq-law.com
409 East Main Street
P.O. Box 2155
Madison, Wisconsin 53701-2155
Telephone: 608/257-0040
Facsimile: 608/256-0236

*Attorneys for Plaintiff*